# BOYD | RICHARDS

1500 Broadway, Suite 505
New York, New York 10036
(212) 400-0626
www.boydlawgroup.com

January 31, 2020

<u>*Via ECF*</u>
Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

          **Re:**   *Velasquez v. 40059 Owners Corp., et al.*
                 Case No.:   18 CV 6988

Dear Judge Crotty:

      This office represents defendant 40059 Owners Corp. (the "Coop") in the above matter.

      Pursuant to the Court's directive for a status report in the above-captioned matter, as previously advised, the co-defendant/tenant, Il Valentino, converted its Chapter 11 case to a Chapter 7 case in Bankruptcy Court and a Section 341(a) meeting was scheduled for January 16, 2020.

      However, according to the docket, the Section 341(a) meeting was adjourned to February 13, 2020, and the disposition of Il Valentino's lease for the subject premises remains uncertain. Accordingly, the Coop proposes to continue the current stay to February 27, 2020 with a status report to be filed on February 20, 2020, containing the outcome of the Section 341(a) meeting and the disposition of Il Valentino's lease.

      A similar request is being made to Judge William H. Pauley, III in another related ADA matter captioned: *Kreisler v. 40059 Owners Corp., et al.,* Case No.: 17-cv-1582.

      We thank the court for its attention in this matter.

**Boyd Richards Parker & Colonnelli, P.L.**
*Attorneys for 40059 Owners*

By: /s/ *Gary Ehrlich*

SO ORDERED.
/s/ Lewis J. Liman
LEWIS J. LIMAN
United States District Judge

Motion DENIED as moot. Parties are ORDERED to submit a status update, as described above, by March 30, 2020.

SO ORDERED.
3/16/2020.

---